# United States District Court
# For The Western District of North Carolina
# Statesville Division

CLAUDE VANCE COOLEY,

       Petitioner,                             JUDGMENT IN A CIVIL CASE

vs.                                            5:09-CV-49-MU

UNITED STATES OF AMERICA,

       Respondent.

DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 13, 2009 Order.

                                                            FRANK G. JOHNS, CLERK

May 13, 2009

                                                            BY:  s/Gwendolyn Brinley
                                                                      Gwendolyn Brinley, Deputy Clerk